# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1927
LT Case No. 59-2004-CF-896-A

_____

RONALD JAY SYLVESTER, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Melanie Freeman Chase, Judge.

William R. Ponall, of Ponall Law, Maitland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

July 23, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and HARRIS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————